UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | 2:25-cv-07203-SSC | Date: December 22, 2025 |
| Title | Bridget Botto v. World Salsa Festival, LLC | |

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

| Teagan Snyder | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) **Order To Show Cause Regarding Dismissal For Lack Of Prosecution**

    Plaintiff Bridget Botto brought this putative class action against Defendant World Salsa Festival, LLC, alleging that Defendant's abusive marketing text messages violated the Telephone Consumer Protection Act of 1991. (ECF 1.) On October 8, 2025, the Court denied Defendant's motion to proceed *pro se* or in the alternative for appointment of counsel. (ECF 11.)

    The Court sets a deadline of **November 10, 2025**, for Defendant to have counsel appear on its behalf. The Court warned that if no counsel filed a Notice of Appearance by that deadline, Plaintiff may file motions to strike the answer and for entry of default. *United States v. High Country Broad. Co.*, 3 F.3d 1244, 1245 (9th Cir. 1993) (per curiam) ("the district court ordered High Country to retain counsel for the duration of the litigation [and w]hen High Country failed to do so, the

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:25-cv-07203-SSC                    Date: December 22, 2025

Title   Bridget Botto v. World Salsa Festival, LLC

district court entered a default judgment against it; this was perfectly appropriate"); *Dr. JKL Ltd. v. HPC IT Educ. Ctr.*, 749 F. Supp. 2d 1038 (N.D. Cal. 2010) (permitting motion to strike and default).

The deadline has passed and no counsel has appeared for Defendant. Nor has Plaintiff moved to strike the improperly filed answer or for default.

The Court ORDERS Plaintiff to show case in writing on or before **January 16, 2026**, why this action should not be dismissed for failure to prosecute. This order to show cause will be discharged automatically if Plaintiff moves to strike the answer and for entry of default before the deadline.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | **ts** |